UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVANT MIGUEL BISHOP,

                Plaintiff,

-v-

DALTON KENT SECURITIES GROUP, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8957 (AJN) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

This action has been referred to the undersigned for General Pretrial Supervision. (ECF No. 7). The Complaint in this action was served on December 23, 2021, with Defendant's Answer due on January 13, 2022. (ECF No. 8). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Thursday, January 27, 2022** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Alison J. Nathan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Thursday, February 10, 2022**.

Dated:      New York, New York
              January 20, 2022

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**