UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVANT MIGUEL BISHOP,

                    *Petitioner*,

      v.

DALTON KENT SECURITIES GROUP, INC.,

                    *Respondent*.

No. 21-cv-8957 (PAC) (SLC)

**ORDER ADOPTING REPORT & RECOMMENDATION**

      Petitioner Levant Miguel Bishop seeks a default judgment confirming a Financial Industry Regulatory Authority ("FINRA") arbitration award entered in his favor against Respondent Dalton Kent Securities Group, Inc. On June 6, 2022, Magistrate Judge Sarah L. Cave issued a Report & Recommendation that recommends entering the default judgment. *See* ECF No. 30. No party has objected.

      "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the fact of the record." *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Finding no clear error, the Court **ADOPTS** the Report & Recommendation in full. The Court will separately enter the proposed default judgment.

      The Clerk of Court is directed to terminate the pending motions at ECF Numbers 16 and 31.

Dated: New York, New York
       June 27, 2022

SO ORDERED

*/s/ Paul A. Crotty*
HONORABLE PAUL A. CROTTY
United States District Judge

1